FILED
2026 Sep-24 PM 02:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

United States of America
v.

Vincente Gonzalez-Lopez
*Defendant*

Mag. No. 26-512

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of September 18, 2026 in the county of Morgan in the Northern District of Alabama, the defendant violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 8 U.S.C. §§ 1326(a) & (b)(2) | Illegal Re-Entry by Deported Alien (subsequent to an aggravated felony) |

This criminal complaint is based on these facts:
See attached Affidavit

☑ Continued on the attached sheet.

WAYLON R HINKLE Digitally signed by WAYLON R HINKLE Date: 2026.09.24 11:08:37 -05'00'
*Complainant's signature*

Waylon Hinkle, Special Agent, Homeland Security Investigations
*Printed name and title*

Sworn to me telephonically and subscribed electronically in accordance with Fed. R. Crim. P. 4.1(a)

Date: 9/24/26

*Judge's signature*

City and state: Birmingham, Alabama

Hon. Staci G. Cornelius, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Waylon R. Hinkle, being duly first sworn, depose and say:

1. I am a Special Agent with Homeland Security Investigations ("HSI") within the United States Department of Homeland Security ("DHS"). I have served as a Special Agent with HSI since March of 2019. As part of my duties as a Special Agent, I am charged with conducting investigations related to violations of the Immigration and Nationality Act, specifically foreign-born nationals that have been deported from the United States and subsequently re-entered the United States illegally. I am currently assigned to the HSI Birmingham, Alabama, office in the Atlanta, Georgia, area of responsibility, and part of my duties include investigating violations of Title 8 of the United States Code ("U.S.C."), including illegal reentry and related offenses.

2. This affidavit is made in support of a criminal complaint against Vicente GONZALEZ-Lopez and sets forth the probable cause that GONZALEZ, a native and citizen of Mexico, illegally re-entered the United States after deportation, in violation of Title 8, United States Code, Section 1326(a).

3. This affidavit is based upon my personal knowledge, experience, and investigation, as well as information relayed to me by other federal and state law enforcement officers in the course of their official duties. Because this affidavit is submitted for the limited purpose of supporting a criminal

complaint and arrest warrant, I have not included all information known by me or other investigators. I have set forth only those facts I believe are essential to establish the necessary foundation for the complaint and warrant.

4. On or about September 18, 2026, GONZALEZ was arrested for Unlawful Possession of a Controlled Substance (Methamphetamine), Possession of Marijuana 2nd Degree, Unlawful Possession of Drug Paraphernalia and booked into the Madison County Jail, in Madison County, Alabama, which is located within the Northern District of Alabama. GONZALEZ entered ICE custody on or about September 22, 2026. A fingerprint-based search of immigration and law enforcement databases revealed that GONZALEZ is a native and citizen of Mexico. These records further show that GONZALEZ was originally ordered removed from the United States on or about November 28, 2012, pursuant to an order from a United States Immigration Judge, and was removed from the United States on or about December 10, 2012, through the Brownsville, Texas, port of entry. GONZALEZ removal was recorded on Immigration Form I-205.[1]

5. Further, immigration records related to GONZALEZ were reviewed by DHS personnel, and those records did not contain any documentation showing that GONZALEZ has applied for or received permission from the Attorney

---

1. The I-205 form contains the authorization and pertinent statutory or regulatory authority for the individual's removal and the individual's photograph and right-index fingerprint along with information showing the date, manner, and location of the individual's removal from the United States.

General of the United States, or the Secretary of the Department of Homeland Security, for admission to the United States following GONZALEZ removal on or about December 10, 2012. There is also no evidence that an application was made or approved. Had the defendant made such an application, that fact would be reflected in GONZALEZ immigration records. Lastly, I have no reason to believe that GONZALEZ was involuntarily found here in the Northern District of Alabama when he was arrested on or about September 18, 2026.

6. Criminal record checks revealed GONZALEZ was convicted on or about March 11, 2010, in the Circuit Court of Madison County Alabama, for violation of Ala. Code § 13A-12-210, trafficking cocaine, a felony. GONZALEZ was sentenced to 15 years, of which he served over one year of actual imprisonment in the Alabama Department of Corrections.

7. Based on the above facts, I believe that there is probable cause to establish that GONZALEZ has violated 8 U.S.C. § 1326(b)(a) and is subject to the (b)(2) sentencing enhancement for having been previously convicted of an aggravated felony.

WAYLON R HINKLE

Digitally signed by WAYLON R HINKLE
Date: 2026.09.24 11:09:31 -05'00'

Waylon R. Hinkle
Special Agent
ICE/Homeland Security Investigations

Sworn to me telephonically and subscribed electronically this the 24th day of September 2026.

The Honorable Staci G. Cornelius
United States Magistrate Judge
Northern District of Alabama